IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

BALDOMERO VEGA LOZANO, )
)
    Petitioner, )
)
v. ) CV 318-053
)
STACEY N. STONE, Warden, )
)
    Respondent. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** as **MOOT** Petitioner's motion for transfer, (doc. no. 2), and **GRANTS** Respondent's motion to dismiss, (doc. no. 7). Therefore, the Court **DISMISSES** the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the Clerk to enter an appropriate judgment of dismissal.

SO ORDERED this 13th day of November, 2018, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE