FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 SEP 12 AM 11: 22
CLERK
SO. D       F GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

BALDOMERO VEGA LOZANO, )
)
    Petitioner-Appellant, )
)
vs. ) Case No. CV 318-053
)
STACEY N. STONE, )
)
    Respondent-Appellee. )

# ORDER

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this _12_ day of September, 2019.

JUDGE DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA